UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE McCALL,** *individually and on behalf of her minor children,* **S.R.E. and S.R.E.** | * * * | **CIVIL ACTION** |
| | * | **NO. 11-642 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE MORGAN** |
| **PAUL VALLAS,** *Superintendent of the Recovery School District in his official capacity,* **ET AL.** | * * | **MAG. JUDGE ROBY** |

******************************************

## ORDER

**CONSIDERING THE FOREGOING** Ex Parte Motion for Voluntary Dismissal filed by the plaintiff, Danielle McCall, individually and on behalf of her minor children S.R.E. and S.R.E,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims against defendants Daphyne Burnett, individually and in her official capacity as Principal of the Sarah T. Reed Elementary School, and Cheryl Johnson, individually and in her official capacity as a teach er at the Sarah T. Reed Elementary School be and hereby are **DISMISSED WITH PREJUDICE** and defendants Daphyne Burnett and Cheryl Johnson be and hereby are released as defendants from the above captioned lawsuit.

**SO ORDERED** on this the \_\_\_\_24th\_\_\_\_ day of _____July_____, 2012 in New Orleans, Louisiana.

_Susie Morgan_
**HONORABLE SUSIE MORGAN
DISTRICT JUDGE**
U.S. District Court for the Eastern District of Louisiana